IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

**Plaintiff / Petitioner:**
EL MAGMOUA EL TOGARIA, ET AL
**Defendant / Respondent:**
MAG APPAREL USA, INC., ET AL

## AFFIRMATION OF SERVICE

**Index No:**
**1:26-CV-04892-HG**

I, Marawan Khalil affirm and say that I'm not a party herein, I'm over 18 years of age and reside in NY State. That on Fri, Aug 21 2026 AT 12:40 PM AT 1995 OCEAN PARKWAY, BROOKLYN, NY 11223 affirmant served the within SUMMONS AND COMPLAINT AND COVER SHEET on MAG APPAREL USA, INC

[ ] **Personal service delivery:** By delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[X] **Corporate service delivery:** By serving the above on MAG APPAREL USA, INC a domestic corporation, by delivering a true copy thereof to Youseff Alallaham who is the owner/agent , a person authorized to accept service.

[ ] **Partnership service delivery:** By serving the above on ________ by delivering a true copy thereof to ________ ________ a person authorized to accept service.

[ ] **Substituted service delivery:** By delivering a true copy thereof to ________ a person of suitable age and discretion, at the actual place of business, dwelling house, or usual place of abode.

[ ] **Conspicuous service delivery:** by affixing a true copy of each to the door thereof, the deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat.

[ ] **Mailing:** On deponent enclosed a copy of same in a postage-paid sealed wrapped properly addressed to at ________, First Class Envelope Marked "Personal and Confidential" and not indicating on the outside thereof, by return address or otherwise. that the communication is from an attorney or concerns an action against the person to be served and deposited said envelope in (a post office) official depository under the exclusive care and custody the United States Postal Services.

[ ] **Military Service:** Deponent further states upon information and belief that said person so served is not in the Military Service of State of New York or of the United States as that term is defined in either the State or in the Federal statutes.

**Additional Comments:**
1) Successful Attempt: Aug 21, 2026, 12:40 pm EDT at 1995 OCEAN PARKWAY, BROOKLYN, NY 11223 received by Youseff Alallaham. The recipient confirmed they are authorized to accept

**Description:**
Age: 45-50 Skin Color: Middle Eastern Gender: Male Weight: 200
Height: 5'7" Hair: Black Relationship:
Other Served right door

Marawan Khalil
2133789-DCWP

Pursuant to NY CPLR § 2106. I affirm this 26 day of AUGUST, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this document may be filed in an action or proceeding in a court of law.

UNDISPUTED LEGAL, INC., ONE WORLD TRADE CENTER, 85TH FLOOR NEW YORK, NY 10007 1420758-DCA