**LAW OFFICES OF JASON J. REBHUN, P.C.**

Attorneys-At-Law
40 Wall Street, Suite 1607
New York, NY 10005
(646) 201-9392
Fax (646) 871-0035
Jason@jasonrebhun.com

Jason J. Rebhun, Esq.*
John A. Borelli, Esq.
Zachary A. Victor, Esq.*
*Admitted in NY & NJ

September 9, 2026

VIA ECF
Honorable Hector Gonzalez, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: El Magmoua El Togaria, et al. v. MAG Apparel USA, Inc., et al.**
**Case No. 26-cv-04892 (HG)**

Honorable Judge Gonzalez:

We represent Defendants MAG Apparel USA, Inc. and Youssef Allahham and write, with Plaintiffs' consent, to respectfully request an extension of Defendants' deadline to answer or otherwise respond to the Complaint from September 10, 2026 through November 10, 2026, and a corresponding adjournment of the September 30, 2026 deadline to submit the parties' joint letter and proposed case management plan.

This is Defendants' first request for an extension. The parties have agreed to use this period to pursue an early resolution through direct discussions between their principals, with the involvement of counsel. Plaintiff resides in Egypt, and the upcoming Jewish holidays, observed by both undersigned counsel and Defendant Allahham, will further limit availability during September and October.

Defendants recognize the Court's August 27, 2026 Scheduling Order requiring additional good cause to adjourn the September 30 deadline. Here, requiring the parties to formulate and implement a discovery plan while simultaneously pursuing an early resolution would divert resources from those discussions and potentially impose litigation expenses that may prove unnecessary. Defendants therefore respectfully request that the September 30 deadline be adjourned through November 10, 2026 and that discovery be stayed through that date.

Plaintiffs consent to all requested relief. No prior request has been made.

Respectfully submitted,

*Jason J. Rebhun*
Attorneys for Defendants
MAG Apparel USA, Inc. and Youssef Allahham